September 25, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ARTIS ANDERSON, Appellant

NO. 14-12-00773-CV                    V.

SCHEAMEL KONEKIE ANDERSON, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on May 21, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Artis Anderson.

We further order mandate to issue immediately.

We further order this decision certified below for observance.